**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Artur Gomes Vieira,**

Plaintiff,

CIVIL ACTION NO. 1:26-13373-LTS

V.

**Joseph B. Edlow et al.,**

Defendants.

## ORDER OF DISMISSAL

Sorokin, D. J.

In accordance with the Court's ELECTRONIC ORDER, Dkt. No. 7, dated September 25, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

9/25/2026
Date

/s/ Flaviana de Oliveira
Deputy Clerk